UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DALE EDWARD DOUWSMA, | ) |
| | ) |
| | ) |
| v. | ) No. 2:15-CV-100 |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security. | ) |

ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge, [Doc. 25], concerning plaintiff's motion for attorney's fees, [Doc. 21], under 28 United States Code section 2412(d)(1)(A). No objections to the Report and Recommendation were filed. It is hereby ORDERED that the Report and Recommendation dated April 21, 2016, [Doc. 25], is ADOPTED and APPROVED and that the plaintiff's motion, [Doc. 21], is GRANTED. Accordingly, it is hereby ORDERED that fees in the amount of $2,050.00, costs in the amount of $400.00, and expenses in the amount of $20.10 be awarded.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE